UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,                                   **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

              -against-

                                                           -CR-  (   )(   )

                                                   **20 MAG 11601**

ANTONIO ZAMBRANO
                              Defendant(s).
------------------------------------------------------------------X

Defendant _____ANTONIO ZAMBRANO_____ hereby voluntarily consents to participate in the following proceeding via __X_ videoconferencing or __X_ teleconferencing:

_X__   Initial Appearance Before a Judicial Officer

_X__   Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X__   Bail/Detention Hearing

_X__   Conference Before a Judicial Officer


/s/ Antonio Zambrano by Amy Gallicchio                /s/Amy Gallicchio
_____         _____
Defendant's Signature                                           Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Antonio Zambrano                                                  Amy Gallicchio
_____         _____
Print Defendant's Name                                           Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

October 28, 2020                                                  
_____                       _____
Date                                                                    U.S. District Judge/U.S. Magistrate Judge